UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY K. GREEN,<br><br>                             Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>                            Defendant. | Case No. 25-cv-01335-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE (ECF No. 9)** |

      Pending before the Court is Parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 9.)

      Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

1  litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
2  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.
3        Having considered the parties' submission, the Court **GRANTS** the Joint Motion.
4  (ECF No. 9.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action against
5  Defendants.  Each party shall bear its own costs and attorney's fees.  The Court also
6  **DIRECTS** the Clerk of Court to close the case.
7        **IT IS SO ORDERED.**

9  **DATED: October 14, 2025**

                                      **Hon. Cynthia Bashant, Chief Judge**
                                      **United States District Court**